UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES SCOTT,

            Petitioner,

     v.

AMBER WILLIAMS, Acting Warden,[1]

            Respondent.

Case No. 25-cv-05202-AMO (PR)

**ORDER DENYING PLAINTIFF'S PENDING MOTION AS MOOT**

Re: Dkt. No. 22

Before the Court is Plaintiff James Scott's "Motion for Default" based on Respondent's alleged failure to file a timely response to the Court's Order to Show Cause. Dkt. 22 at 1. However, on December 15, 2025, the Court vacated its November 17, 2025 Order to Show Cause and stayed these habeas proceedings. Dkt. 14. Therefore, Scott's pending motion is **DENIED** as moot. Dkt. 22.

**IT IS SO ORDERED.**

Dated: 5/27/2026

 

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**

---

[1] Amber Williams, the current acting warden of the prison where Scott is incarcerated, has been substituted as Respondent pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.