UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES SCOTT,

Petitioner,

v.

AMBER WILLIAMS, Acting Warden,[1]

Respondent.

Case No. 25-cv-05202-AMO (PR)

**ORDER DIRECTING CLERK TO ADMINISTRATIVELY CLOSE THIS CASE UNTIL THE COURT ISSUES ORDER LIFTING STAY**

On December 15, 2025, the Court stayed these habeas proceedings pending Petitioner James Scott's exhaustion of his state judicial remedies. *See* Dkt. 14. Scott was directed to file quarterly reports describing the progress of his state court proceedings commencing **twenty-eight (28) days** from the date of the December 15, 2025 Order and continuing every **ninety (90) days** thereafter. He was also instructed to attach to his status reports copies of the cover page of any document that he files with or receives from the state courts relating to the claims. Scott is again reminded that he must act diligently in exhausting his state judicial remedies, or the stay may be lifted.

The Clerk of the Court shall **ADMINISTRATIVELY CLOSE** the file pending the stay of this action. Nothing further will take place in this action until Scott receives a final decision from the highest state court and, within **twenty-eight (28) days** of doing so, moves to reopen the action, lift the Court's stay and amend the stayed petition to add the newly-exhausted claims.

**IT IS SO ORDERED.**

Dated: 5/27/2026

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**

---

[1] Amber Williams, the current acting warden of the prison where Scott is incarcerated, has been substituted as Respondent pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.